In the Matter of the Accounting of JOHN FOSTER DULLES et al., as Executors of WILLIAM N. CROMWELL, Deceased, Respondents. AMERICAN FOUNDATION FOR OVERSEAS BLIND, INC., et al., Appellants; TRUSTEES OF COLUMBIA UNIVERSITY et al., Respondents.

Argued November 20, 1951; decided December 6, 1951.

*James A. Delehanty* for appellants.

*John Godfrey Saxe* and *Henry J. Kennedy* for Trustees of Columbia University, respondent.

*Cloyd Laporte, Carl E. Heilman* and *H. Woodward McDowell* for New York State Bar Association and others, respondents.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.